

ORIGINAL

Sara Smith
Transplant Services

EXHIBIT
3

# Your Total Rewards 2006

## At Children's Healthcare of Atlanta

# 7

# 2006 Summary of Total Rewards Programs
## Benefits Eligibility Information

Eligibility for most of the benefits that follow depends on your employment status. The following terms will be used throughout this booklet:

**Regular Full-Time** is an employee who is regularly scheduled to work 32 hours or more each week, or 64 hours or more in a two-week pay period. Employees in this status are typically eligible for all benefits.

**Regular Part-Time** is an employee who is regularly scheduled to work at least 20 hours, but less than 32 hours per week; or at least 40 hours, but less than 64 hours in a two-week pay period. Employees in this status are eligible for most benefits.

**Occasional** is an employee who is regularly scheduled to work less than 20 hours each week or less than 40 hours per pay period. Employees in this status are not eligible for most benefits.

**Temporary** is an employee who is hired for a stated period of time. Employees in this status are not eligible for most benefits.

**PRN** is an employee who works on an as-needed basis. Employees in this status are not eligible for most benefits.

All the information in this booklet is provided to employees to summarize some of the major features of the Children's benefit plans. It is intended to be a brief overview only. Full Summary Plan Descriptions (SPDs) are available either from Human Resources or on Careforce Connection (http://careforce/departments/humanresources/benefits), which will have specific information on all of the plans. In the event that the following information varies from the information in the SPDs, the SPD language and provisions will govern.

# Table of Contents

2 Employee Promise

3 Letter From Linda Matzigkeit

6 Your Compensation
Compensation Philosophy
Job Descriptions
Compensation Review
Your Pay
Performance Management

10 Your Health
Healthcare Plan
Vision Plan
Dental Plan
Life Insurance Plan
Flexible Spending Accounts

20 Your Time Off
Time Off Benefits
Disability Plans
Leaves of Absence

26 Your Future
Retirement Plans
Growth Plan
Share Plan

30 Your Balance
Work Place Support
Convenience
Wellness

38 Your Celebration
Celebrations!
Hope and Will Award
Service Award Celebration
DAISY Awards
Fun at Work

42 Your Support
Total Rewards Benefit Directory
e-HR on Careforce Connection
Benefits Forms Request
Benefits Enrollment Worksheet

48 Your Details
Flexible Benefits Plan
COBRA
HIPAA
Women's Health and Cancer Rights

# The Children's Employee Promise

**At Children's Healthcare of Atlanta, it is our enduring mission to enhance the lives of children.** We support this mission by providing for the needs of our employees, offering them resources and a work environment that improves the quality of their professional and personal lives. We believe this is an obligation of our organization. We further believe that thoroughly providing for these employee needs is the best way to ensure that every child our employees touch through care, advocacy and education is given the best chance for a healthy life.

**To demonstrate our commitment to these beliefs, Children's Healthcare of Atlanta** will recognize employees for their contributions and provide employee benefits that make working at Children's a pleasure. We will embrace learning -- in both knowledge and skills -- to help employees reach their fullest potential. We will foster leadership at all levels, celebrating the unique skills and potential of each individual. As we emulate the children we care for, joy through relationships and teamwork will create a positive environment for everyone. We should laugh together. Sometimes, we may cry together. And we believe that because we view employees equally as persons and professionals, Children's will realize our desire of being the best choice for employment an employee could make.

**We believe this Promise is made more valuable when employees make a similar commitment.** Therefore, we encourage employees to believe that a child's well-being and future define a higher purpose for our work. We need employees to diligently pursue excellence in every activity, and seek and accept accountability. We ask employees to be mindful that children and their families put extraordinary trust in us, and that we cannot let them down. And we trust that employees pursue more than a job, more than a career, but a passion about providing the healthiest childhood possible for children.

**Children need us...**
and through our commitment to each other, we will make this Promise real.

2



Dear Children's Employee,

Imagine if you had someone thinking every day about you and what you need. Someone working to come up with new and better ways to make you feel supported and important. At Children's, you actually have an entire staff of people trying to do just that. Your Total Rewards staff and the entire Human Resources team work every day, all year long, to make sure that, for you, "Total Rewards" means the best collection of personal support programs, benefits and compensation you could find anywhere.

We know that if you feel supported personally and professionally, you are free to focus on our patients. So, we've worked hard to put together one of the most complete programs in the country.

Your Total Rewards booklet is our annual effort to provide you a comprehensive review of all of these benefits and offerings. We set it up for you to review the easy-to-read format with members of your family, if appropriate. That way, as you take the time to review all that is available, you can make sure you're taking advantage of the rewards that work for you.

We've introduced several new Total Rewards programs this year, and we're always looking for new ways to support you. If you have any feedback on your Total Rewards programs, or suggestions for new ones, I encourage you to email Donna Nazary, Director of Total Rewards, at donna.nazary@choa.org. While we can't do them all, Donna and her team are continually evaluating what programs add the most value to your work experience, and to Children's. Because making sure you feel totally rewarded is the best way we can make sure your experience at Children's is the best experience you could have anywhere.

Thanks for all you do for Children's

Linda Matzigkeit
Senior Vice President, Human Resources
Children's Healthcare of Atlanta

**Children's was named the top healthcare organization in Atlanta on the A+ Employers list, as published by the *Atlanta Business Chronicle* in 2003, 2004 and 2005.**

3



# Your
# Compensation



Lydia Gonzalez-Ryan, Hem/Onc
Husband Robert & Daughter Molly

Compensation Philosophy
Job Descriptions
Compensation Review

Your Pay
Performance Management

# Compensation Philosophy

When you're among the best in your field, you can work practically anywhere you want. Our highest priority is making it so that you want to work here over any place else. Children's is committed to rewarding our employees with fair and competitive pay in support of our Employee Promise. Nobody cares for children – and for you – like Children's.

The employee compensation program at Children's is:

– **Competitive:** We use information from the healthcare industry, the Atlanta job market and other markets where we recruit to determine competitive pay ranges. We also consider the impact the position has on the care we deliver; the critical need for individuals to fill that position; the availability of qualified candidates; and the financial needs of Children's.

– **Fair:** We work to keep pay fair between similar positions at Children's. We also reward the previous experience someone brings to his or her job at Children's.

– **Performance-based:** Pay at Children's rewards individual, department, team and System performance toward goals.

# Job Descriptions

An effective compensation program begins with accurate and up-to-date job descriptions. A job description provides a clear overview of the job.

Job descriptions include the:
– Job title, assigned department and supervisor
– Minimum qualifications (required education, training and experience)
– Essential job duties and responsibilities
– Physical activity requirements
– Working conditions experienced

# Compensation Review

Using accurate, up-to-date job descriptions, Children's reviews the pay ranges for all jobs to ensure that we maintain a fair and competitive compensation program. At least once per year, and more often as needed, we look at:

– **Market Competitiveness:** Children's uses information from numerous salary surveys and other sources to determine what other organizations (including non-healthcare companies) pay for similar jobs.

– **Internal Equity:** In addition to market competitiveness, Children's carefully looks internally at the level of job responsibility and pay compared to similar jobs within our organization to make sure that pay is fair.

## Your Pay

Children's believes that each employee contributes to our success and we want to make sure that your pay is fair and competitive in consideration of the work you perform.

**Base Pay** – Your Base Pay is an important component of Your Total Rewards and is the foundation of your compensation. Your job-related experience and other factors help determine your pay within the pay range for your job.

**Adjustments to Your Pay** – Children's provides three basic types of pay increases:
- **Promotional Increases:** You may receive an increase in pay when you take on a job that has a higher pay range.
- **Market Adjustments:** A market adjustment may be provided to you if there is an increase in what other organizations pay for similar jobs.
- **Performance/Merit Increases:** An increase in pay or lump sum payment may be awarded if you meet or exceed your annual performance objectives. (Lump sum payments are given if you are at the maximum of your pay range.)

**Special Pay Practices** – Special pay is provided to employees who help Children's meet staffing needs, such as shift differentials; on-call and call; holiday premiums and overtime. Employees must meet certain criteria for special pay.

## Performance Management

Children's thrives on the outstanding performance of each employee. The Performance Management program was developed to:
- Help Children's achieve greater success
- Reinforce and promote Children's Values and Competencies
- Promote ongoing communication between you and your supervisor
- Help you better understand the performance assessment process

Performance Management is a continuous process. You and your supervisor share the responsibility for improving job performance and making plans for your future development. The key to this process is ongoing communication between you and your supervisor. At the beginning of the performance management cycle, you and your supervisor will set performance goals. Throughout the cycle, you and your supervisor should discuss your performance progress. At the end of the cycle, your supervisor completes a performance evaluation, which includes your input.



Your Health



Sharon Murray,  Medical Records

Healthcare Plan     Life Insurance Plan
Vision Plan     Flexible Spending Accounts
Dental Plan

# Blue Cross Blue Shield of Georgia Healthcare Plan

**Eligibility:** If your employment status is Regular Full-Time or Regular Part-Time, you are eligible for healthcare benefits. Eligible dependents include your spouse and unmarried children up to age 19 (up to age 26 if a full-time student). Student dependents over age 19 become ineligible for coverage the first day of the month following graduation or when they are no longer full-time students.

**Effective Date of Coverage:** The first day of the month following 30 days of employment.

**Cost:** The cost of the program is shared by you and Children's. The payroll deductions (shown at the bottom of the comparison chart) are based on the type of coverage (employee, employee +1, family) and the healthcare plan (HMO, POS, PPO) you select. Your contributions will be deducted from your paycheck on a pre-tax basis.

**Changes in Family Status:** Due to restrictions imposed by the Internal Revenue Service Code, after you make enrollment decisions during your initial eligibility or open enrollment, you cannot make changes during the remainder of the Plan year (January 1-December 31) unless an event occurs that allows a change. Please refer to page 49 of this booklet, under Flexible Benefits Plan, for situations that may allow a change to your elections.

**Pre-existing Condition Provision/HIPAA:** Once you (or your dependents) become covered under any of the Healthcare Plans, you are immediately eligible to receive the benefits specified in the Plan you have selected. There is no pre-existing condition requirement that could limit benefits for any conditions in existence prior to joining this plan.

**Managed Care:** Children's has provided three levels of managed care (HMO/POS/PPO) to allow you to determine the coverage that best meets your needs. Both the HMO plan and the POS plan require each covered member to designate a Primary Care Physician (PCP) to coordinate their care for in-network benefits. The PPO plan does not require the designation or approval of a PCP for you to receive in-network benefits. The HMO plan is designed to provide all benefits in-network and only covers expenses incurred out-of-network in the event of an emergency or if you are out of the network area. Both the POS and the PPO plans provide coverage for services received out-of-network, but at lower reimbursement levels. You should carefully review all of the benefit levels and the network provider lists before making your healthcare election.

To access the Blue Cross online Provider Directory, go to www.bcbsga.com. Click on "Provider Directory" at the bottom of the page. This does not require a password. To receive a password for other parts of the Web site, click on "Request Access."

# Healthcare Plan Comparison

| Health Benefit | Blue Cross HMO | Blue Cross POS | | Blue Cross PPO | |
|---|---|---|---|---|---|
| | | In Network | Out of Network | In Network | Out of Network |
| Deductible | | | | | |
| (Employee) | N/A | N/A | $500 | $600 | $600 |
| (Family) | N/A | N/A | $1,500 | $1,800 | $1,800 |
| Co-Insurance | N/A | N/A | 70% | 80% | 60% |
| Out-of-pocket Maximum | N/A | N/A | $1,500 single | $1,800 single | $3,600 single |
| (Excludes co-pays and ded.) | | | $4,500 family | $5,400 family | $10,800 family |
| Office Visit Co-Pays | $20 | $20 | 70% after ded. | $20* | 60% after ded. |
| Specialist Co-Pays | $30 | $30 | 70% after ded. | $30* | 60% after ded. |
| Maternity Visit Co-Pays | $30 | $30 | 70% after ded. | $15 initial visit only | 60% after ded. |
| Hospitalization | $200 semi-private | $200 semi-private | $200 semi-private | 80% after ded. | 60% after ded. |
| Emergency Room | $100 | $100 | $100 | $100 | $100 |
| Inpatient Surgery | $200 semi-private | $200 semi-private | $200 semi-private | 80% after ded. | 60% after ded. |
| Outpatient Surgery | 100% after $100 co-pay | 100% after $100 co-pay | 70% after ded. | 80% after ded. | 60% after ded. |
| Rx       Generic | $15 | $15 | 70% after ded. | $15 | 60% after ded. |
| Brand Name | $30 | $30 | 70% after ded. | $30 | 60% after ded. |
| Mail Order | $40 | $40 | N/A | N/A | N/A |
| Non-formulary | N/A | N/A | N/A | $40 | 60% after ded. |
| Lifetime Maximum | Unlimited | Unlimited | $2,000,000 | $2,000,000 | $2,000,000 |
| Mental Health Maximum | Unlimited | Unlimited | Not covered | $2,000,000 | $2,000,000 |
| Substance Inpatient | 6 days/yr. max. | 6 days/yr. max. | Not covered | 6 days/yr. max. | 6 days/yr. max. |
| Mental Inpatient | 100% for 30 days | 100% for 30 days | Not covered | 80% max., 30 days/yr. | 60% max., 30 days/yr. |
| Mental\Substance | $25 co-pay, 20 visits/yr. max. | $25 co-pay, 20 visits/yr. max. | Not covered | 60% after ded., 20 visits/yr. max. | 60% after ded., 20 visits/yr. max. |
| **Payroll Deductions** | | | | | |
| Employee | $23 | $30 | | $38 | |
| Employee +1 | $58 | $75 | | $95 | |
| Family | $88 | $113 | | $142 | |

*No deductible for office visits

# Avesis Vision Plan

**Eligibility:** If your employment status is Regular Full-Time or Regular Part-Time, you are eligible to participate in this benefit. Eligible dependents include your spouse and unmarried children up to age 19 (up to age 26 if a full-time student). Student dependents over age 19 become ineligible for coverage the first day of the month following graduation or when they are no longer full-time students.

**Effective Date of Coverage:** The first day of the month following 30 days of employment.

**Cost:** The payroll deductions (shown in the chart below) are based on the type of coverage you select (employee, employee +1, family). Your contributions will be deducted from your paycheck on a pre-tax basis.

| Benefit Highlight | In-Network Includes Private Practitioners & Retail Chain Stores | Out-of-Network Reimbursement |
|---|---|---|
| Vision Examination | $10 co-pay (once every 12 months) | $40 |
| Optical Materials | $15 co-pay (spectacle lenses and frames) | |
| Spectacle Lenses* | | |
| Standard Single Vision | Covered 100% | $40 |
| Standard Bi-focal | Covered 100% | $60 |
| Standard Tri-focal | Covered 100% | $80 |
| Specialty Lenses (one pair/12 months) | 20% off retail, minus plan payment | See above reimbursements |
| Tints/Coatings | 20% discount off retail | $0 |
| Frames | Covered within plan allowance** (once every 24 months) | $45 |
| * Per pair, once every 12 months.<br>** The Avesis plan payment is $50 toward the wholesale cost. Retail value of this benefit is approximately $100-$150. | | |
| Contact Lenses* | Covered within the plan allowance** (once every 12 months) | |
| Elective** | $130 for contact lenses and professional services (fitting fees) | $130 |
| Necessary | Covered 100% | $250 |
| * Contact lenses are in lieu of spectacle lenses and a frame in accordance with the benefit period.<br>** $130 Elective contact lens allowance may be applied toward contact lenses or professional services (fitting fees). You may use the $130 in increments throughout the plan period of 12 months for disposable contact lenses, not to exceed $130. | | |
| Additional Eyewear | Avesis Preferred Pricing | $0 |
| **Payroll Deductions** | | |
| Employee | $2.63 | $2.63 |
| Employee +1 | $5.03 | $5.03 |
| Family | $8.03 | $8.03 |

# Metlife Dental Plan

**Eligibility**: If your employment status is Regular Full-Time or Regular Part-Time, you are eligible for dental benefits. Eligible dependents include your spouse and unmarried children up to age 19 (up to age 25 if a full-time student). Student dependents over age 19 become ineligible for coverage the first day of the month following graduation or when they are no longer full-time students.

**Effective Date of Coverage:** The first day of the month following 30 days of employment.

**Cost:** The cost of the program is shared by you and Children's. Payroll deductions (shown below) are based on the coverage you select (employee, employee +1, family). Your contributions will be deducted from your paycheck on a pre-tax basis.

**Changes to Election:** As described under Flexible Benefits Plan on page 49.

**Reasonable and Customary Charge:** The usual charge of most dentists in the same geographic area for the same or similar services or supplies.

**Participating Dentist:** MetLife PPO provides you the option to select any dentist you want from inside or outside the network. By visiting a participating dentist, you can take advantage of lower out-of-pocket expenses for most preventative and major dental services and should not be subject to amounts over the reasonable and customary limit. You can locate a participating dentist by visiting www.metlife.com/dental.

**Predetermination of Benefits:** Predetermination of benefits is recommended for all procedures for which the bill is expected to be $300 or higher.

**Excluded Procedures:** See the Summary Plan Description for a listing of procedures that are not covered.

***Please note:** Certain waiting periods apply for those who did not enroll when first eligible (Late Entrants). Please see the Summary Plan Description for additional information.

| Type of service | The plan pays |
|---|---|
| Preventative Dental Benefits Exams, cleanings, X-rays, fluoride treatments, etc. | 100% of covered expenses up to the calendar year plan maximum; no deductible |
| Basic Dental Benefits Fillings, extractions, root canal work, periodontal treatment, etc. | 80% of covered expenses after deductible up to the calendar year plan maximum |
| Major Dental Benefits Crowns, dentures, etc. | 50% of covered expenses after deductible up to the calendar year plan maximum |
| Orthodontia Benefits | 50% of covered expenses; no deductible |
| Annual Deductible | $50 |
| Calendar Year Plan Maximum | $1,500 per covered individual |
| Lifetime Orthodontics Plan Maximum | $1,500 per covered individual |
| **Payroll Deductions** | |
| Employee | $8.00 |
| Employee +1 | $16.00 |
| Family | $25.00 |

# National Benefits Partner/ Unum Life Insurance Plan

**Eligibility:** Group Term Life Insurance and Dependent Life Insurance are available to Regular Full-Time employees. Supplemental Group Life Insurance is available to Regular Full-Time and Regular Part-Time employees. Eligible dependents include your spouse and unmarried children up to age 19 (age 25 if a full-time student).

**Effective Date of Coverage:** The first day of the month following 30 days of employment.

**Cost:** Children's pays 100 percent of the cost for the Group Term Life and Dependent Life Insurance benefits. You have the option of purchasing Supplemental Group Life through payroll deduction.

**Group Term Life and Accidental Death & Dismemberment:** You are covered for an amount equal to your base salary, rounded to the next higher multiple of $1,000, up to a maximum of $825,000. (Eligible management employees should refer to the Group Life Summary Plan Description for coverage amount.) Evidence of insurability may be required for amounts that exceed $625,000. Coverage amounts decrease at age 70.

**Dependent Life:** Your spouse and dependent children older than 6 months are covered for $2,000. Dependent children under the age of 6 months are covered for $200.

# Supplemental Group Life Benefit Chart

| Age | Employee | Spouse | Children |
|---|---|---|---|
| Monthly Rate | per $10,000 of coverage | per $5,000 of coverage | per $2,000 of coverage |
| Under 30 | $ .50 | $ .25 | $ .12 |
| 30 - 34 | $ .70 | $ .35 | |
| 35 - 39 | $ .80 | $ .40 | |
| 40 - 44 | $ 1.20 | $ .60 | |
| 45 - 49 | $ 1.90 | $ .95 | |
| 50 - 54 | $ 3.00 | $ 1.50 | |
| 55 - 59 | $ 5.50 | $ 2.75 | |
| 60 - 64 | $ 7.50 | $ 3.75 | |
| 65 - 69 | $ 12.40 | $ 6.20 | |
| 70 - 74 | $ 25.70 | $ 12.85 | |
| 75+ | $ 43.40 | $ 21.70 | |

# Group Term Life Insurance Calculation Worksheet

| Coverage Amount | ÷ Increment | x | Rate | | = Monthly Cost |
|---|---|---|---|---|---|
| Employee  $_____ | ÷ $10,000 | x | $_____ | | = $_____ |
| Spouse  $_____ | ÷ $5,000 | x | $_____ | | = $_____ |
| Children  $_____ | ÷ $2,000 | x | $_____ | | = $_____ |

**Total  =  $_____**

**Supplemental Group Life:** Additional Group Life Insurance can be purchased in increments of $10,000, up to a maximum of five times your annual salary, or $500,000 (whichever is less). Employees over the age of 70 have different amounts of coverage available and should refer to the Summary Plan Description for more details. You also can purchase additional life insurance on your spouse and children. Your spouse can be covered in increments of $5,000, not to exceed $500,000 or your coverage amount whichever is less. Coverage for your children can be purchased in $2,000 increments, not to exceed your coverage amount or $10,000, whichever is less. The maximum amount on children fewer than 14 days old is $100. The maximum amount for children between 14 days and 6 months is $500. Coverage on your children cannot exceed 50 percent of your coverage. The rate for the Supplemental Group Life benefit is based on your age and is shown in the chart on page 14.

**Evidence of Insurability:** You are guaranteed to be accepted in the Supplemental Group Life Program for coverage up to $100,000 on yourself, and $50,000 on your spouse, without answering any health questions. Amounts above those limits will require medical underwriting and approval by the carrier before

coverage will become effective. You must enroll for this benefit by the date you first become eligible or you will have to submit evidence of insurability for all amounts of coverage.

**Beneficiary Designation:** During your initial enrollment, you will be asked to designate a beneficiary for your life insurance coverage. This designation will remain in force until you change it in writing or on e-HR. Beneficiaries may be added or changed on e-HR or by completing a beneficiary designation form, which is available from the Benefits Office and on the Careforce Connection. The beneficiary for all dependent life coverage will automatically be the employee, unless otherwise designated. All forms should be returned to the Benefits Office.

**Imputed Income:** The Internal Revenue Service Code requires that employer-paid life insurance (Group Term Life) in excess of $50,000 be taxable to you. Rates are based on age, according to a pre-defined Internal Revenue Service table and are computed and applied on a pay-period basis.

15

# Aflac Flexible Spending Accounts

**Benefit:** Flexible Spending Accounts allow you to pay for certain unreimbursed health, dental and vision expenses with pre-tax dollars. You also may pay the costs associated with the care of an eligible dependent (such as childcare) when you (single) or you and your spouse (family) are working. The Unreimbursed Medical Account may be used to pay for expenses such as deductibles and co-payments under the health insurance and dental plans, orthodontic care, chiropractic care, eyeglasses, contact lenses and over-the-counter medications. The maximum annual contribution is $3,500.

The Dependent Care Account may be used to pay for certain dependent care expenses incurred to enable gainful employment. Eligible expenses include charges for the care of dependent children under age 13 or for elderly or disabled family members. The maximum annual contribution is $5,000.

**Eligibility:** If you are a Regular Full-Time or Regular Part-Time employee, you are eligible to participate in the Plan. Note: you must re-enroll every year.

**Effective Date of Coverage:** The first day of the month following 30 days of employment.

**Optional Participation:** Children's does not require you to participate in the Flexible Spending Account. You decide if you want to take advantage of the tax savings and how much you want to contribute. It is important to note that the deductions you make into the Unreimbursed Medical Account and the Dependent Care Accounts are separate. The money cannot be transferred between the two accounts.

**Restrictions:** Due to restrictions imposed by the Internal Revenue Service Code, after enrollment decisions are made upon initial eligibility and at open enrollment, changes cannot be made during the remainder of the Plan year (January 1-December 31) unless an event occurs that allows a change (see Flexible Benefits Plan on page 49). Also, under IRS regulations, if you do not use all the money in your account, you lose it. However, new legislation allows you to incur expenses for up to two and a half months after the end of the Plan year and still file those expenses for the current Plan year. For Example: expenses incurred January 1, 2006 - March 15, 2006 may be reimbursed from your 2005 Unreimbursed Medical Account. For more information, review the Summary Plan Description, which may be accessed on Careforce Connection or by contacting the Benefits Office.

## Flexible Spending Account Flow Chart



# Unreimbursed Medical Flexible Spending Account Worksheet

This worksheet will help you calculate how much you may want to deposit in the Unreimbursed Medical Account to reimburse yourself for eligible healthcare expenses. Just follow these steps:

– Based on your records for the past few years, fill in your anticipated expenses

– If the expense is paid by insurance, enter your co-payment and any deductible

– If the expense is not covered by insurance (such as hearing aids, contact lenses or eyeglasses), enter the entire cost

| Your Cost For: | For You | For Your Spouse | For Your Children | Total |
|---|---|---|---|---|
| Doctor or clinic visits | $_____ | $_____ | $_____ | $_____ |
| Surgical expenses | $_____ | $_____ | $_____ | $_____ |
| Prescription drugs | $_____ | $_____ | $_____ | $_____ |
| Routine physicals/exams | $_____ | $_____ | $_____ | $_____ |
| Outpatient psychiatric services | $_____ | $_____ | $_____ | $_____ |
| Other medical | $_____ | $_____ | $_____ | $_____ |
| Routine dental care | $_____ | $_____ | $_____ | $_____ |
| Orthodontia | $_____ | $_____ | $_____ | $_____ |
| Vision care | $_____ | $_____ | $_____ | $_____ |
| Hearing care | $_____ | $_____ | $_____ | $_____ |
| Other eligible expenses | $_____ | $_____ | $_____ | $_____ |
| Total expenses | $_____ | $_____ | $_____ | $_____ |
| Total estimated expenses | | | | = $_____ |

The most you can deposit is $134.62 every two weeks (or $3,500 per year). Your total deposits to the program cannot exceed one-half of your salary each pay period.

# Dependent Care Reimbursement Account Worksheet

To get an idea of your dependent day care expenses, take a look at your records for the past few years. Using this information, add any new types of expenses that you anticipate and complete the following worksheet:

| Your Cost For: | Each Plan Year |
|---|---|
| Childcare | $_____ |
| Dependent adult day care | $_____ |
| FICA and taxes you pay for the provider | $_____ |
| Costs for "qualified dependent care center" | $_____ |
| After-school care | $_____ |
| Pre-school tuition (custodial care) | $_____ |
| Total estimated expenses | = $_____ |

The most you can deposit is $192.30 every two weeks (or $5,000 per year). Your total deposits to the program cannot exceed one-half of your salary each pay period.



# Your Time Off



Juanita Jackson, Hem/One
& Son Jaylin

Time Off Benefits
Disability Plans
Leaves of Absence

# Time Off Benefits

Children's recognizes your need to receive time off for vacation, sickness or personal emergencies. To meet these needs, eligible employees are provided with the following time off benefits:

- **Paid Time Off (PTO):** for vacation and sick days
- **Holiday/Personal Time:** for recognized holidays
- **Short-Term Disability:** for disabilities lasting at least 14 days and up to 90 days
- **Long-Term Disability:** for disabilities lasting beyond 90 days

## Paid Time Off and Holidays

If you are a Regular Full-Time or Regular Part-Time employee, you will accrue PTO according to the schedule noted below. (Eligible management employees should refer to the Management Vacation/Sick Policy 3.20 for information regarding PTO.) You are eligible to use accrued PTO hours the first pay period following three months of employment. The maximum number of hours you may accrue is 300. Once you reach this limit at any time during the year, you will cease to accrue until you take time off or cash-in hours. Cash-in of PTO hours is allowed twice per year, on dates announced by Human Resources, and

is paid at 90 percent of value. PTO hours are payable upon separation from employment or a change to a non-benefit eligible status.

Holiday hours will be awarded the pay period in which the holiday occurs, at a rate of eight hours for Regular Full-Time employees and four hours for Regular Part-Time employees. Personal days are awarded on January 1 and July 1. Non-exempt employees who work on a recognized holiday receive premium pay for all hours worked, and accrued holiday hours are banked to be used at a later time. Holiday hours are not payable upon separation from employment or a change to a non-benefit eligible status.

### Recognized holidays include:

- New Year's Day
- Martin Luther King Jr.'s Birthday
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving
- Christmas
- Two floating personal days. Refer to HR Policies 3.11 and 3.25 for more specific details.

# Accrual Schedule*

| Service (years) | Factor | Pay Period | Max/Year | Holidays | PTO & Holidays |
|---|---|---|---|---|---|
| 0-3 | .0654 | 5.23 | 136 hours/17 days | 9 days | 26 days |
| 4-7 | .0808 | 6.46 | 168 hours/21 days | 9 days | 30 days |
| 8-10 | .0923 | 7.38 | 192 hours/24 days | 9 days | 33 days |
| 11-14 | .1000 | 8.00 | 208 hours/26 days | 9 days | 35 days |
| 15 or more | .1077 | 8.62 | 224 hours/28 days | 9 days | 37 days |

*Eligible management staff should refer to a separate benefits schedule.

20

# Hartford Short-Term Disability Plan

**Eligibility:** You are eligible for employer-paid coverage if you are an active Regular Full-Time non-management employee, and you have six months of continuous service. Regular Part-Time employees also may elect to participate in the group plan (see worksheet for rates below). Regular Part-Time employees will be subject to a 12-month pre-existing condition exclusion. Eligible management employees should refer to Policy 3.20 for information.

**Cost:** Children's pays 100 percent of the cost for the Short-Term Disability Insurance for Regular Full-Time employees. Regular Part-Time employees have the option of purchasing coverage through payroll deductions.

**Benefit:** If you meet the definition of disability, you will be eligible to receive a weekly benefit equal to 60 percent of your basic weekly earnings, to a maximum of $700 per week, for up to 13 weeks. You must be disabled for 14 days before benefits become payable. The weekly benefit will not be paid if you are receiving salary continuation or grandfathered Extended Time Off (ETO) benefits. The benefit may be reduced by the amount of other income replacement benefits you receive for the same disability, such as Workers' Compensation.

**Definition of Disability:** You are disabled when the insurance company determines that you meet the definition of Total Disability. For the short-term disability benefit, Total Disability generally means that, due to certain reasons, you are prevented from performing the essential duties of your occupation. Newly eligible Regular Part-Time employees will be subject to a pre-existing condition exclusion.

## Payroll Deduction Worksheet For Regular Part-Time Employees

$$\underline{\hspace{2cm}} \div 52 \times .60 = \underline{\hspace{2cm}} \times .110 = \underline{\hspace{2cm}} \times 12 \div 26 = \underline{\hspace{2cm}}$$

Base Annual Pay*     Weekly Benefit     Monthly Premium     Deduction

\* Maximum annual pay covered is $60,667. If you earn more than this amount, enter the maximum amount only.

# Hartford Long-Term Disability Plan

**Eligibility:** Regular Full-Time employees who are actively at work on the first day of the month after six months of continuous service are eligible for coverage.

**Cost:** Children's pays 100 percent of the cost for Long-Term Disability Insurance for Regular Full-Time employees.

**Benefit:** If you meet the definition of long-term disability, you will be eligible to receive a monthly benefit equal to 60 percent of your basic earnings, to a maximum of $7,500 per month. You must be disabled for 90 days before the benefits become payable, and benefits will continue to age 65 if you remain disabled.

**Procedure:** All applications for disability should be made through the Leave of Absence Hotline at 404-785-FMLA (3652).

# Family and Medical Leave Act (FMLA)

**Eligibility:** In accordance with the Family and Medical Leave Act of 1993, eligible employees are allowed up to 12 weeks of unpaid leave for their own serious illness, the birth of a child or the placement of an adopted or foster child, or to care for a seriously ill child, spouse or parent. If you have worked for Children's for at least 12 months and have worked 1,250 hours within the 12 months preceding the leave, you are eligible for 12 weeks of unpaid leave.

If you have not met the guidelines, you may be eligible for personal leave at the discretion of your manager. Employees wishing to be paid for Family and Medical Leave may use accumulated PTO hours, Short-Term Disability or grandfathered ETO hours, according to the normal eligibility guidelines. Please refer to HR Policies 3.09 and 3.15.

# Maternity Leave

Maternity leaves are considered medical leaves of absence for up to six weeks from delivery unless, due to complications, you must remain under a doctor's care before or after this time period. All maternity leaves are subject to FMLA guidelines as noted in HR Policy 3.15. The two-week elimination period required under the Short-Term Disability policy begins at delivery unless you were placed on medical bed rest at an earlier date.

During this two-week elimination period, you will be paid from your accrued PTO. (Management employees see HR Policy 3.20.) The remaining four weeks of medical leave (or six weeks, if your elimination period already has been satisfied upon delivery) will first be paid from any accrued ETO and then by the Short-Term Disability policy. (Short-Term Disability insurance may continue to pay beyond four weeks if the medical condition warrants and with appropriate documentation from your physician.) If you are eligible for FMLA benefits, the remaining weeks of leave should be paid from accrued PTO.

Employees with at least six months of continuous service are automatically covered under the Short-Term Disability policy. (Management employees see HR Policy 3.20.) Regular Part-Time employees are eligible to enroll during the open enrollment period and must pay a premium for coverage. All employees going on maternity leave must complete the appropriate leave request forms with the Benefits Office. For more information, contact the Leave of Absence Hotline at 404-785-FMLA (3652). For information on continuation of benefits during your leave, please call 404-785-7825.

# Personal Leaves of Absence

**Eligibility:** Personal leaves of absence are subject to the operational needs of the organization and may be granted at the discretion of the department head. Types of leave include:

**Personal Leave:** Evaluated on the basis of the following criteria: urgency of your needs or circumstances, record of service, performance and operational needs.

**Educational Leave:** Granted for organized course(s) of instruction at an accredited college or university or other accredited institution. The course of study must be in a field related to your present occupation or one directly related to Children's.

**Professional Leave:** Granted to attend meetings, workshops and seminars that benefit Children's and advance you professionally.

**Military Leave:** Subject to Federal mandates and granted for military obligations requiring you to attend reserve camp or if you are called up for military service. Appropriate orders are required. Please refer to HR Policy 3.18.

# Bereavement Leave

**Eligibility:** If you are a Regular Full-Time or Regular Part-Time employee, and you have at least 60 days of service, you may receive up to three consecutive days off (maximum of 24 hours) with pay.

Leave may be granted in the event of the death of an immediate family member, defined as: husband, wife, child/children, father, mother, sister, brother, grandparents, brother/sister-in-law, parent-in-law, grandchild. Please refer to HR Policy 3.13 for more information.

# Jury Duty

**Eligibility:** If you are a Regular Full-Time or Regular Part-Time employee, you may be eligible to receive payment for attendance in court for jury duty or as a subpoenaed witness for Children's. You may receive pay for your full shift as long as it does not exceed 12 hours and payment will be less any compensation paid by the court. Please refer to HR Policy 3.10.



# Your Future



Erin Connolly, Transplant Services
& Husband George

Retirement Plan
Growth Plan
Share Plan

# Retirement Plans

Children's maintains two retirement plans to help you meet your financial needs when you retire. The two plans are The Growth Plan and The Share Plan.

## The Growth Plan

The Growth Plan is a 100 percent employer-paid retirement plan. Contribution by Children's is discretionary; if a contribution is made, it is contributed by the end of the first quarter following the December 31 Plan year end. Plan participants designate the investment funds for dollars in their account from a wide array of mutual fund options.

**Eligibility:** Employees are eligible to become Plan participants on the first day of the month following 30 days of service. Participation is automatic upon eligibility. However, you will need to complete an enrollment form to designate your investment choices. Forms may be obtained from a VALIC representative. After becoming a participant, you are eligible to receive an allocation of the Children's discretionary contribution, provided you complete 1,000 work hours during the payroll year and are employed on the last day of the payroll year. A payroll year is defined as the period of time beginning with the first pay period through the last pay period of the year.

**Vesting:** Employer contributions are subject to a five-year graded vesting schedule. A year of service means 1,000 hours of work during the payroll year.

- After three years of service the vesting percentage is 50 percent.
- After four years of service the vesting percentage is 75 percent.
- After five years of service the vesting percentage is 100 percent.

# The Share Plan

The Share Plan is a retirement plan in which Children's matches contributions you make to the Plan. You can contribute to the Plan up to the legally allowed limits. For each dollar you put in, we put in a matching dollar, up to four percent of your eligible base annual income. You are eligible to receive this matching contribution if you are credited with a year of service during the payroll year. A year of service means 1,000 hours of work during the payroll year.

**Eligibility:** All employees are eligible to participate in the Share Plan upon their date of employment and can begin making contributions to the Plan from their salary. Participation is not automatic. You will need to complete an enrollment form to designate the amount you want to defer into the account and to designate your investment choices.

**Vesting:** You are 100 percent vested in employer contributions to the Share Plan.

**Investment Choices:** You will find all the information on investment choices in the materials provided to you by VALIC. A self-directed option to invest funds with Charles Schwab is also available. We also have made available personal investment service representatives from VALIC to help you with your retirement plan decisions. These representatives are on-site at the different campus locations at published times or by appointment 404-785-0667.

**Guided Portfolio Services (GPS):** GPS is a voluntary program administered by VALIC which allows you to receive a personal wealth forecast, asset allocation, and investment selections by an independent financial advisor. The program offers two services: with Portfolio Advisor, you can decide to implement the investment advice and continue to manage your account. The fee for Portfolio Advisor Service is $99 per year. Portfolio Manager automatically implements the investment advice, manages your account, and allows you face-to-face service with your advisor. The fee for Portfolio Manager based on your account balance as follows:

| Account Balance | Fee |
| --- | --- |
| $100,000 or less | 1.00% of assets |
| Next $150,000 | .65% of assets |
| Amount over $250,000 | .60% of assets |

For more information contact your VALIC representative.