# THE PHYSICIANS'

*PAIN & REHABILITATION SPECIALISTS OF GEORGIA, P.C.*

April 14, 2008

Charles A. MacNeill, M.D.

RE: Donna Hood
MRN: 18272


ORIGINAL

To Whom It May Concern:

Paul L. Mefferd, D.O.

Donna Hood is in the office today for review of her ongoing pain complaints and other associated problems impacting her ability to work. The patient is experiencing ongoing lower back and leg pain benefiting from some of the medication used to include hydrocodone 5 mg once a day for severe pain, along with Paxil at night for pain-related depression. She has tried a course of Lyrica without benefit. She has also recently been to Dr. Steuer's office and a CT scan has been performed to assess any changes in the lower back warranting further treatment. The patient also presents a letter from her long-term disability carrier, The Hartford, regarding her ongoing disability situation. Previous statements coming from this office along with current medical situation are examined.

John G. Porter, M.D.

Keith C. Raziano, M.D.

**OBJECTIVE:** The patient is alert and oriented X3. She moves with a significant antalgic gait favoring the lower back and legs. The patient has undergone recent evaluation by her cardiologist and has had placement of a new coronary artery stent. She has a history of right-sided cardiac failure but with the new stent, hopefully, this will improve. The patient also brings in with her a note from, The Hartford regarding her possibilities for job placement including the types of jobs currently available.

Randy F. Rizor, M.D.

Darrell N. Simone, M.D.

**ASSESSMENT:**
1. Postlaminectomy syndrome, lumbar.
2. Status post spinal cord stimulator implantation without significant benefit.
3. Coronary atherosclerotic heart disease, status post recent angioplasty and placement of stents.

Mary Paris, APRN-BC

**PLAN:**
I have suggested to the patient that she needs to get her cardiologist involved regarding her long-term disability and the ability to perform various types of work in regards to her cardiac status. At this time, the patient continues to be able to perform a sedentary level work, up to 30 hours per week with permanent restrictions on lifting as previously noted.

EXHIBIT 4

Atlanta - Northside Office
404 / 816-3000

Rome Office
706 / 314-1900

Marietta Office
770 / 419-9902

www.thephysicians.com

# THE PHYSICIANS'

PAIN & REHABILITATION SPECIALISTS OF GEORGIA, P.C.

Charles A. MacNeill, M.D.

Paul L. Mefferd, D.O.

John G. Porter, M.D.

Keith C. Raziano, M.D.

Randy F. Rizor, M.D.

Darrell N. Simone, M.D.

Mary Paris, APRN-BC

April 14, 2008
Page Two

RE: Donna Hood
MRN: 18272

**PLAN - continued**
As for the occupations listed by the insurance company to include office nursing and occupational health nursing, I would feel that these types of jobs would put the patient at too much risk for reinjury and for increasing discomfort because of the need to be up and about seeing and treating patients with this type of job description. The patient should be able to handle a very sedentary job including answering the phone but office nursing and its multi-tasking requirements would likely put her at too high a risk for further injury. I have asked the patient to have her cardiologist become involved in her disability profile along with Dr. Max Steuer, neurosurgeon.

Sincerely,

Charles A. MacNeill, M.D.
Director, Physicians Pain & Rehabilitation Specialists of Georgia
President, Greater Atlanta Pain Society
CAM/kw
Digital File: 781

Atlanta - Northside Office
404 / 816-3000

Rome Office
706 / 314-1900

Marietta Office
770 / 419-9902

www.thephysicians.com